UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| DAVID DRIVER,<br><br>                   Plaintiff,<br><br>  v.<br><br>CAPRI HOLDINGS LIMITED, JOHN D. IDOL, MARILYN CROUTHER, ROBIN FREESTONE, JUDY GIBBONS, MAHESH MADHAVAN, STEPHEN F. REITMAN, JANE THOMPSON, and JEAN TOMLIN.<br><br>                  Defendants. | Case No. 23-cv-08465-ER<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)** |

    Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: December 13, 2023 | **WOHL & FRUCHTER LLP**<br><br>By:/s *Joshua E. Fruchter*<br>Joshua E. Fruchter (JF2970)<br>25 Robert Pitt Drive, Suite 209G<br>Monsey, NY 10952<br>Tel: (845) 290-6818<br>Fax: (718) 504-3773<br>Email: jfruchter@wohlfruchter.com<br><br>*Attorneys for Plaintiff* |